UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| STACI LAWRENCE, | : | CASE NO. 1:21-cv-01691 |
| Plaintiff, | : | ORDER |
| | : | [Resolving Doc. 17] |
| v. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Staci Lawrence asks the Court to review Defendant Social Security Commissioner's final decision denying Lawrence's benefits application.[1] Magistrate Judge Armstrong filed a Report and Recommendation recommending that the Court affirm the Commissioner's final decision.[2]

This Court reviews de novo only objected-to portions of a magistrate judge's recommendation. When no party objects, the Court may adopt a report and recommendation without review.[3]

Because no party objected to this report and recommendation, the Court may adopt the recommendation without further review. Still, the Court has reviewed and agrees with the recommendation's findings and reasoning.

So, the Court **ADOPTS** Magistrate Judge Armstrong's Report and Recommendation, and **AFFIRMS** the Commissioner's final decision.

---

[1] Doc. 1.
[2] Doc. 17.
[3] 28 U.S.C. § 636.

Case No. 1:21-cv-01691
GWIN, J.

    IT IS SO ORDERED.


Dated: February 27, 2023          *s/     James S. Gwin*
                                               JAMES S. GWIN
                                               UNITED STATES DISTRICT JUDGE